

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

Maria Duria Chavelas, Individually, also known as Maria Duria Wilhelm d/b/a International Legal Services-Abogados, d/b/a Abogados Sin International Legal Services and d/b/a Attorney's without Borders,

Appellant,

v.

The State of Texas,

State.

§  No. 08-19-00081-CV

§  Appeal from the

§  346th District Court

§  of El Paso County, Texas

§  (TC# 2014DCV1634)

§

§

§

**O R D E R**

On April 16, 2019, the Court suspended the appellate deadlines and ordered the trial court to conduct a hearing to determine whether Appellant is unable to afford to pay costs on appeal. The trial court conducted the hearing, and on May 6, 2019, the court entered an order finding that Appellant is able to afford to pay costs on appeal. Appellant has not filed a motion to challenge the trial court's order or an extension motion. *See* TEX.R.CIV.P. 145(g)(2). Therefore, Appellant will not be allowed to proceed without payment of costs on appeal. The suspension of the appellate deadlines is lifted. The record is due June 28, 2019.

IT IS SO ORDERED this 29th day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.